# Third District Court of Appeal

## State of Florida

Opinion filed April 14, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1274
Lower Tribunal Nos. DOAH 20-003231-CS, CSP 2001431049, and
13190026180FC

————————

**Wallace Johnson,**
Appellant,

vs.

**Department of Revenue, et al.,**
Appellees.

An Appeal from the State of Florida Department of Revenue, Child Support Program.

Wallace Johnson, in proper person.

Ashley Moody, Attorney General, and Toni C. Bernstein (Tallahassee), Senior Assistant Attorney General, for appellee Department of Revenue.

Before FERNANDEZ, HENDON, and GORDO, JJ.

PER CURIAM.

Affirmed.